RICHARD S. ENDRES (SBN 144853)
rendres@londonfischer.com
LONDON FISCHER LLP
2505 McCabe Way, Suite 100
Irvine, California 92614
T: (949) 252-0550 | F: (949) 252-0553
ROBERT S. NOBEL (Pro Hac Vice)
rnobel@londonfischer.com
LONDON FISCHER LLP
59 MAIDEN LANE 10038
T: (212) 331-9425  F: (212) 972-1030

Attorneys for Defendant
Federal Insurance Company

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPLANY,<br><br>Defendant. | CASE NO.: 2:22-cv-01690-SVW-MAR<br><br>**DISCOVERY MATTER**<br><br>Assigned to<br>District Judge Stephen V. Wilson<br>Magistrate Judge Margo A. Roconni<br><br>Complaint Filed: March 14, 2022<br>Pretrial Conf: October 3, 2022<br>Trial Date: October 18, 2022<br><br>Hearing Date: August 10, 2022<br>Time: 10:00 AM<br>Place: Courtroom 790<br>Hon. Magistrate Judge Margo A. Roconni<br><br>**DEFENDANT'S NOTICE OF MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES AND FOR SANCTIONS WITH JOINT STIPULATION** [Local Rule 37-1, FRCP 26, 37] |

**NOTICE OF MOTION TO COMPEL
PLAINTIFF'S INITIAL DISCLOSURES AND FOR SANCTIONS
WITH JOINT STIPULATION**

{N2185238.1 }

[Filed Concurrently With: - Joint Stipulation in Support of Motion, Declaration of Robert S. Nobel In Support of Motion; and [Proposed] Order]

**TO THE COURT, DEFENDANTS AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 10, 2022 at 10:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 790 of the above-referenced Court, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Defendant Federal Insurance Company ("Federal" or "Defendant") by its attorneys, London Fischer LLP, will, and hereby does, move the Court to compel Plaintiff National Casualty Company ("NCC" or "Plaintiff") to provide its full and complete Federal Rule of Civil Procedure 26(a) Initial Disclosures and for the imposition of sanctions. This motion is based on this Notice of Motion to Compel complete Federal Rule of Civil Procedure 26(a) Initial Disclosures and for sanctions, the attached Joint Stipulation Addressing Defendant's Motion to Compel complete Federal Rule of Civil Procedure 26(a) Initial Disclosures, the Declaration of Robert S. Nobel in Support of Defendant's Motion to Compel complete Federal Rule of Civil Procedure 26(a) Initial Disclosures and corresponding exhibits, all pleadings and papers filed in this action, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this motion.

Federal seeks this relief because, despite numerous requests from Defendant, Plaintiff has failed to provide sufficient or timely initial disclosures as required by FRCP Rule 26(a), which has already prejudiced Defendant, particularly given the October 18, 2022 trial date. Counsel for both parties met and conferred telephonically to discuss Plaintiff's compliance with the disclosure process on multiple occasions, most recently on July 13, 2022. Plaintiff produced its initial disclosures timely and agreed to extend Plaintiff's time to provide its Rule 26(a) Initial Disclosures but, to date, Defendant has received what, at best, are partial and insufficient disclosures, necessitating the filing of this motion.

Dated: July 14, 2022

**LONDON FISCHER LLP**

By: /s/ Robert S. Nobel
    Robert S. Nobel
    Attorneys for Defendant FEDERAL INSURANCE COMPANY

3
**NOTICE OF MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES AND FOR SANCTIONS WITH JOINT STIPULATION]**

# PROOF OF SERVICE
*National Casualty Company v. Federal v. Federal Insurance Company*
USDC, Central District
Case No.: 2:22-CV-01690

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

On **July 14, 2022**, the document(s) entitled:

**DEFENDANT'S NOTICE OF MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES AND FOR SANCTIONS WITH JOINT STIPULATION**

was/were served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

[X]   **(BY ELECTRONIC MAIL)** By causing the above-listed documents to be e-mailed to the person(s) at the e-mail address(es) set forth above.

**Executed on July 14, 2022, at Irvine, California.**

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Sue Dobrowolski

{L0189459.1}

2

PROOF OF SERVICE

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

**SERVICE LIST**
*National Casualty Company v. Federal v. Federal Insurance Company*
USDC, Central District
Case No.: 2:22-CV-01690

| | |
|---|---|
| Victor A. Groia, Esq.<br>Hunter J. Nakano, Esq.<br>**LAW OFFICES OF ZIMMERMAN & KAHANOWITCH**<br>30300 Agoura Rd., Ste. B-210<br>Agoura Hills, CA 91301<br>T:  (818) 710-7777<br>F:  (818) 710-7778<br>vgroia@zimkalaw.com<br>hnakano@zimkalaw.com<br><br>Attorney for Plaintiff<br>**NATIONAL CASUALTY COMPANY** | |

{L0189459.1 }

3

PROOF OF SERVICE

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550