1  VICTOR A. GROIA, ESQ. (Bar No. 232135)
   vgroia@zimkalaw.com
2  HUNTER J. NAKANO, ESQ. (Bar No. 317906)
3  hnakano@zimkalaw.com
4  Law Offices of
   ZIMMERMAN & KAHANOWITCH
5  A Professional Corporation
6  30300 Agoura Road
   Suite B-210
7  Agoura Hills, California 91301
   Telephone: (818) 710-7777
8  Facsimile: (818) 710-7778
9
10 Attorneys for Plaintiff, NATIONAL CASUALTY COMPANY
11
                    UNITED STATES DISTRICT COURT
12
13                  CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15 NATIONAL CASUALTY COMPANY ) | **CASE NO.: 2:22-cv-01690** |
| 16                            ) | |
|    Plaintiff,                 ) | **DECLARATION OF VICTOR A.** |
| 17                            ) | **GROIA REGARDING JOINT** |
| 18 v.                         ) | **STIPULATION REGARDING** |
|                               ) | **DEFENDANT'S MOTION TO** |
| 19 FEDERAL INSURANCE COMPANY  ) | **COMPEL PURSUANT TO LOCAL** |
| 20                            ) | **RULE 37-2 AND FRCP 37 AND** |
|    Defendant.                 ) | **FOR SANCTIONS** |
| 21                            ) | |
| 22                            ) | Complaint Filed: March 14, 2022 |
| 23                            ) | |
| 24                            ) | |

25
26 ///
27
28 ///

DECLARATION OF VICTOR A. GROIA REGARDING JOINT STIPULATION
REGARDING DEFENDANT'S MOTION TO COMPEL PURSUANT TO LOCAL
RULE 37-2 AND FRCP 37 AND FOR SANCTIONS

# DECLARATION OF VICTOR A. GROIA

I, Victor A. Groia, declare and state as follows:

1. I am an attorney at law duly licensed to practice law in this Court. I am a Partner with the Law Offices of Zimmerman & Kahanowitch, counsel of record for Plaintiff NATIONAL CASUALTY COMPANY. I make this declaration in support of Plaintiff's Response to Joint Stipulation Regarding Defendant's Motion to Compel Pursuant to Local Rule 37-2 and FRCP 37 and for Sanctions. The matters stated herein are true of my own personal knowledge and if called to and if called on to do so, could and would testify competently thereto.

2. Plaintiff has served a sufficient Disclosures and has identified all currently known witnesses and documents that Plaintiff may rely on in making its claim.

3. Defendant's motion is completely unnecessary and a waste of the parties' and the Court's resources because Plaintiff has agreed to produce all documents that Plaintiff identified in its Initial Disclosures that are in its custody or control and which are not equally available to Defendant.

4. Plaintiff does not dispute that Defendant is entitled to all documents that Plaintiff intends to use to support Plaintiff's claims. Save for discovery from the underlying CrossFit case, through a meet and confer with counsel for Defendant, Plaintiff has agreed to produce all that has been identified in Plaintiff's Initial Disclosures that are in its custody or control.

DECLARATION OF VICTOR A. GROIA REGARDING JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL PURSUANT TO LOCAL RULE 37-2 AND FRCP 37 AND FOR SANCTIONS

5. After meet and confer discussions with counsel for Defendant, Plaintiff provided a supplemental disclosure on July 11, 2022, clarifying its identified documents and producing additional documents and additional witnesses.

6. Plaintiff has further agreed to produce all documentation in support of its damages claims, inclusive of all the invoices related to the underlying defense fees and costs from the underlying CrossFit case. Counsel for Plaintiff and Plaintiff have made great efforts to secure the voluminous documents from Plaintiff's TPA and said documents, in hard copy form, were delivered via overnight FedEx delivery in the early evening of July 13, 2022. Counsel for Plaintiff has advised counsel for Defendant that the subject invoices from the underlying case will be produced as processed in a rolling production starting July 14, 2022. Counsel for Plaintiff anticipates the production to be completed by July 20, 2022.

7. Further, On July 13, 2022, Plaintiff served a second supplemental disclosure that included an itemization of the payments made in connection with the underlying case. The second supplemental disclosure also updated and supplemented identified witness contact information and expected testimony.

8. Further, Plaintiff has agreed to produce the two underlying settlement agreements pursuant to a protective order, a proposed draft of which is being prepared.

DECLARATION OF VICTOR A. GROIA REGARDING JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL PURSUANT TO LOCAL RULE 37-2 AND FRCP 37 AND FOR SANCTIONS

9. Plaintiff has requested certified copies of the underlying policies at issue and will produce as soon as it secures the same.

10. Given the above, Plaintiff respectfully request that Defendants motion be denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2022, at Agoura Hills, California.

_____
Victor A. Groia

DECLARATION OF VICTOR A. GROIA REGARDING JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL PURSUANT TO LOCAL RULE 37-2 AND FRCP 37 AND FOR SANCTIONS