# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY | CASE NO.: 2:22-cv-01690-SVW-MARx |
| Plaintiff, | [~~PROPOSED~~] **PROTECTIVE ORDER** |
| v. | |
| FEDERAL INSURANCE COMPANY | Complaint Filed:   March 14, 2022 |
| | Trial Date: October 18, 2022 |
| Defendant. | Judge: |
| | Magistrate Judge Margo A. Roconni |

Before the Court is Plaintiff NATIONAL CASUALTY COMPANY and Defendant FEDERAL INSURANCE COMPANY'S Stipulated Protective Order, which was filed on August 9, 2022 (Doc. #41).

///

///

///

{N2195843.1}

PROTECTIVE ORDER Case No.:
2:22-cv-01690- SVW-MARx

1

1 | Upon consideration of the Stipulated Protective Order, the Court finds and
2 | orders as follows:
3 |
4 | FOR GOOD CAUSE SHOWN, THE COURT HEREBY APPROVES THE
5 | STIPULATED PROTECTIVE ORDER, IT IS SO ORDERED.
6 |
7 |
8 | DATED: August 11, 2022        _____
  |                                HON. MARGO A. ROCCONI
9 |                                United States Magistrate Judge

{N2195843.1}

PROTECTIVE ORDER Case No.:
2:22-cv-01690- SVW-MARx

2