1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NATIONAL CASUALTY COMPANY | CASE NO.: 2:22-cv-01690- SVW-MAR |
|---|---|
| Plaintiff, | |
| v. | ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE |
| FEDERAL INSURANCE COMPANY | Complaint Filed: March 14, 2022 |
| Defendant. | Judge: Honorable Stephen V. Wilson |

Plaintiff NATIONAL CASUALTY COMPANY and Defendant FEDERAL INSURANCE COMPANY stipulated for dismissal with prejudice of this action in its entirety, with each party to bear its own attorney's fees and costs. (DOCUMENT NO. 55). The Court has considered the stipulation and agrees to the terms of the stipulation.

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

1

IT IS ORDERED that the stipulation for dismissal with prejudice of this action in its entirety is granted, with each party to bear its own attorney's fees and costs.

DATED: January 26, 2023

*[signature]*

HON. STEPHEN V. WILSON
United States District Judge

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

**National Casualty Company v. Federal v. Federal Insurance Company, et al.**
**Case No.: 2:22-CV-01690-SVW (MARx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 21550 Oxnard Street, Suite 570, Woodland Hills, California 91367.

On **January 23, 2023**, I served true copies of the following document(s): **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action. See attached service list.

I declare that I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   (By **MAIL)** I deposited such envelope in the mail at Woodland Hills, California.  The envelope was mailed with postage thereon fully prepaid.

_X_   (By **ELECTRONIC TRANSMISSION:**). I caused the above-entitled document to be served electronically to the recipients at the e-mail addresses listed in the Service List below from e-mail address jkumagai@zimkalaw.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. A copy of the electronic filing receipt will be maintained with the original document in our file.

___   (**State**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_   (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direct this service was made.

Executed on **January 23, 2023**, at Woodland Hills, California

_____
Janet Kumagai

**National Casualty Company v. Federal v. Federal Insurance Company, et al.**
**Case No.: 2:22-CV-01690-SVW (MARx)**

| | |
|---|---|
| Richard S. Endres, Esq.<br>Patrick G. Bollig, Esq.<br>LONDON FISCHER LLP<br>2505 McCabe Way, Suite 100<br>Irvine, California 92614 | Attorneys for Defendant Federal Insurance Company<br><br>Tel: 949-252-0550<br>Fax: 949-252-0553<br><br>e-mail(s):<br>rendres@londonfischer.com<br>pbollig@londonfischer.com |
| Robert S. Nobel, Esq. (Pro Hac Vice)<br>Izak Weintraub, Esq.<br>LONDON FISCHER LLP<br>59 Maiden Lane<br>New York, New York 10038 | Attorneys for Defendant Federal Insurance Company<br><br>Tel: 212-331-9425<br>Fax: 212-972-1030<br><br>e-mail(s):<br>rnobel@londonfischer.com<br>IWeintraub@LondonFischer.com |